# EXHIBIT A

## Subject Photograph



**Subject Photograph posted with Copyright Management Information**



Dana Lixenberg Biggie, 1996 Chromogenic print Edition of 10 40 × 30 in. Est. 6,000–8,000 USD



Dana Lixenberg, *Contact sheets from photoshoot for* VIBE, *Christopher Wallace (Biggie), New York, NY, 1996*, from *Tupac Biggie* (Roma Publications and Patta, 2018)
Courtesy the artist and GRIMM Amsterdam | New York