# EXHIBIT B



https://hypebeast.com/2015/6/10-clothing-styles-brought-to-the-limelight-by-hip-hop-music-videos