ORIGINAL

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
DANA RUTH LIXENBERG,

                    Plaintiff,
                                            23 Civ. 5637 (LLS)

        - against -
                                                  ORDER

HYPEBEAST, INC. and DOES 1-10,

                    Defendants.
- - - - - - - - - - - - - - - - - -X
```

It having been reported to the court that this action is settled, it is

ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within sixty days of the date of this order either party may apply by letter for restoration of the action to the court's calendar.

Dated: New York, New York
       October 25, 2024

*Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J.